GARY M. RESTAINO
United States Attorney
District of Arizona
RYAN P. DEJOE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.dejoe@usdoj.gov
Attorneys for Plaintiff

FILED [X] LODGED [ ]
8-8-2023
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Abdoulaye Dieye,<br>Defendant. | CR-23-01163-TUC-JGZ(LCK)<br>Mag. No. 23-7581M<br>**INFORMATION**<br>Violation: 8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Conspiracy to Transport Illegal Aliens for Profit)<br>**Felony** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

From a date unknown to on or about August 2, 2023, in the District of Arizona, Abdoulaye Dieye, did knowingly and intentionally combine, conspire, confederate, and agree with various persons known and unknown, to transport and move Adelson Bicente Xon-Benito, Isabela Perez-Gomez, and Angel Gadiel Alfaro Ramos, illegal aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

GARY M. RESTAINO
United States Attorney
District of Arizona

Digitally signed by RYAN DEJOE
Date: 2023.08.04 12:47:08 -07'00'

Date

RYAN P. DEJOE
Assistant U.S. Attorney