AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

U.S. [illegible] 2025 NOV 10 PM 2:26 TUC DISTRICT OF [illegible]

# UNITED STATES DISTRICT COURT

for the
District of Arizona

United States of America
v.

Abdoulaye Dieye
*Defendant*

Case No. CR-23-01163-001-TUC-JGZ (LCK)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay *(name of person to be arrested)* Abdoulaye Dieye ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:3583: Violation of Supervised Release conditions imposed by Chief United States District Judge Jennifer G. Zipps on December 1, 2023.

Date: November 10, 2025

[signature]
*Issuing officer's signature*

City and state: Tucson, Arizona

Selina Coronado, Deputy Clerk
*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* 11/10/2025 , and the person was arrested on *(date)* 11/14/2025 at *(city and state)* PHOENIX, ARIZONA.

Date: 11/14/2025

Subject arrested by USMS and initialed on 11/18/2025 in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*

cc: AUSA: R. DeJoe, PO, USM