J. Bert Vargas, Esq.
BV Law Firm, PLLC
4729 E. Sunrise Drive, PBM #213
Tucson, Arizona 85718
Telephone: (520) 577-2900
Email: bvlawfirmoffice@gmail.com
State Bar No. 012009
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Abdoulaye Dieye,<br><br>Defendant. | No.23-CR-01163-TUC-JGZ-LCK<br><br>UNOPPOSED MOTION TO SET HEARING TO MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE<br><br>(1st Defense Request; Unopposed) |

The Defendant, Abdoulaye Dieye, through undersigned counsel, respectfully requests the Court schedule a detention hearing to allow Mr. Dieye to present the change in circumstances not previously brought to the Court's attention that demonstrates that he is not a danger to the community nor a flight risk.

On November 18, 2025 the District Court held Mr. Dieye's initial appearance on the revocation of his supervised release. On that date Mr. Dieye was represented by undersigned counsel who submitted on the issue of

detention with leave to reopen should new facts arise. Mr. Dieye's detention was primarily based on the November 14, 2025 arrest warrant and accompanying petition for warrant to revoke. *ECF 44.* The last paragraph on the petition for the warrant to revoke states, *Abdoulaye Dieye is considered dangerous as he is alleged to have committed a crime of aggravated assault on a minor and poses a risk for committing future violent crimes.*

On November 20, 2025 the probation office filed its revocation packet. *ECF 46.* On page 11 of the revocation packet entitled Addendum it describes that neither the minor victim Monica Youngblood nor her mother Laura Youngblood reported this matter to the police. On November 6, 2025 while attending West Point Elementary School in Surprise, Arizona the minor victim Monica Youngblood casually told her school friend that her mother's boyfriend came into her mother's bedroom and lay on the bed where she the minor victim Monica Youngblood had been sleeping. The minor victim Monica Youngblood stated she told her mother's boyfriend, *Mommy isn't home yet*, whereupon Mr. Dieye immediately jumped off the bed and said *I'm sorry.*

The Surprise Police became involved when the minor victim Monica Youngblood's elementary school friend erroneously informed the principal that her friend, the minor victim Monica Youngblood, had been groped by her mother's boyfriend. It was the Principal of the elementary school and not the

the minor victim Monica Youngblood nor her mother Laura Youngblood that reported this matter to the police. The Principal called the police and again erroneously reported the alleging aggravated assault on the minor. The minor victim Monica Youngblood and her mother Laura Youngblood were summoned to West Point Elementary School Principal's office where they were both interviewed by the Police.

On November 6, 2025 Mr. Dieye was arrested and charged with one count of ARS §13-1204A6 - aggravated assault adult on minor F3 in the Hassayampa JP (Wickenburg) Court, County of Maricopa, Case No. PF2025144204OO1, Booking No. G217121.

On November 14, 2025 at the Hassayampa JP Court, Mr. Dieye had a court hearing where all his charges were summarily dismissed for lack of evidence and he was released from Maricopa County Court custody. The Hassayampa JP Court upon review of all evidence presented in court found the alleging aggravated assault on the minor charge to be without merit and ordered the complaint summarily dismissed.

At the November 18, 2025 initial appearance on the revocation of supervised release neither defense counsel, AUSA, nor Magistrate Warner had the benefit of reviewing a pre-trial service report on Mr. Dieye. Mr. Dieye respectfully submits that an independent review by the Court's Pre-Trial Service

Officer of Mr. Dieye's dismissal of his criminal record at Hassayampa JP will substantiate Mr. Dieye's assertions.

Thereafter, due to a federal detainer Mr. Dieye was taken into custody by U.S. Marshal and had his initial appearance in the U.S District Court of Arizona, Tucson division before Magistrate Marner on November 18, 2025.

This request to set a detention hearing to modify the defendant's conditions of release is based on the fact there is no crime of aggravated assault on a minor and thus Mr. Dieye poses no risk for committing future violent crimes and poses no danger to the community. At best the alleged supervised release violation is a regulatory offense.

Assistant United States Attorney Ryan DeJoe assigned to this case has no objection to the defendant's motion to set a court hearing to determine whether the defendant's conditions of release should in fact be modified.

At present Mr. Dieye is scheduled for an admit deny hearing before Magistrate Judge Kimmins at 3:10 p.m. on January 7, 2026. Undersigned counsel respectfully requests an immediate detention hearing to see if Mr. Dieye may be released to attend his parents' funeral. Tragically on November 19, 2025 Mr. Dieye's parents, Sergey and Sophie Dieye died in a fire when their home burned down. Mr. Dieye is seeking permission to travel to attend his parents funeral in Reynoldsburg, Ohio.

WHEREFORE, Mr. Dieye respectfully requests the Court set a detention hearing as soon as possible and further to order that pre-trial service prepare a report using the case numbers for Hassayampa JP Court contained in this motion.

Respectfully submitted this 23rd day of November 2025.

**BV Law Firm, PLLC**

*s/ J. Bert Vargas, Esq.*
Attorney for Mr. Dieye

Copies served via ECF to:

Ryan DeJoe, AUSA
U.S. Attorney's Office

Kelli Jenkins, FPO